Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 103 (AKH)

CLIFFORD PIERROT                                           Docket No.: 08-CV-4948

                        Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER**
                                                **TO MASTER COMPLAINT**

-against-
                                                **ELECTRONICALLY FILED**

ABATEMENT PROFESSIONALS, et. al.,

                        Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

    WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
August 25, 2008

            Yours etc.,

            McGIVNEY & KLUGER, P.C.
            Attorneys for Defendants
            LEHMAN BROTHERS INC., LEHMAN
            COMMERCIAL PAPER INC. and LEHMAN
            BROTHERS HOLDINGS INC.

            By: _____
            Richard E. Leff (RL-2123)
            80 Broad Street, 23rd Floor
            New York, New York 10004
            (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site
    Litigation
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

    All Defense Counsel